# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

NATHANIEL JORDAN,

        Petitioner,

    v.                                  Case No. 07-C-453

WARDEN JEFFREY P ENDICOTT,

        Respondent.

## ORDER

On May 18, 2007, Petitioner Nathaniel Jordan filed this petition pursuant to 28 U.S.C. § 2254, asserting that his state court conviction and sentence were imposed in violation of the Constitution. Petitioner states he pled guilty to first-degree recklessly endangering safety while armed and possession of a firearm by a felon and was convicted in Milwaukee County Circuit Court. He is currently incarcerated at Redgranite Correctional Institution.

The case was initially assigned to Magistrate Judge Patricia Gorence, who entered a Rule 4 screening order. The case was subsequently reassigned to this court when petitioner filed a refusal to consent to magistrate jurisdiction. The respondent filed an answer on July 9, 2007 and additional exhibits to the answer on July 10, 2007.

**THEREFORE, IT IS ORDERED** that the parties shall abide by the following schedule regarding the filing of briefs on the merits of petitioner's claims: (1) petitioner shall have 45 days from the date of this order within which to file his brief in support of his petition; (2) respondent

shall have 45 days following the filing of petitioner's initial brief within which to file a brief in opposition; and (3) petitioner shall have 30 days following the filing of respondent's opposition brief within which to file a reply brief, if any.

Pursuant to Civil L.R. 7.1(f), the following page limitations apply: briefs in support of or in opposition to the habeas petition or a dispositive motion filed by respondent must not exceed thirty pages and reply briefs must not exceed fifteen pages, not counting any statements of facts, exhibits, and affidavits.

Petitioner is advised that he must send copies of all future filings with the court to counsel for respondent.

Dated this ___1st___ day of August, 2007.

 s/ William C. Griesbach     
William C. Griesbach
United States District Judge